UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS ROGER VAN DYKE,<br><br>　　　　　　　　Petitioner,<br><br>　　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　Respondent. | Case No. CV 10-7807-DMG (JEM)<br><br>**JUDGMENT** |

　　　　In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

　　　　IT IS HEREBY ADJUDGED that this action be dismissed without prejudice.

DATED: April 4, 2011

　　　　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE